# WILLIAM G. SCHWAB & ASSOCIATES
### Attorneys at Law

811 Blakeslee Blvd Drive East
P.O. Box 56
Lehighton, PA 18235
(610) 377-5200
(570) 704-5330
Fax (610) 377-5209

William G. Schwab*

Laura A. Schelter
Adam R. Weaver
Scot M. Wisler

Gettysburg House
88 North Franklin Street
Wilkes-Barre, PA 18701

**REPLY TO LEHIGHTON**

Writer's Direct Email:
schwab@uslawcenter.com

*Board Certified-Business Bankruptcy
American Board of Certification
Named a Pennsylvania Super Lawyer
2007 2009

January 13, 2010



Clerk's Office
United States Bankruptcy Court
Middle District of Pennsylvania
197 South Main Street
Wilkes-Barre, PA 18701

RE: **Old Summit Manufacturing, LLC**
    **Chapter 7 Bankruptcy, Case No. 5-02-02811**
    **Our File No. 8499-1**

Dear Sir/Madam:

I am writing to advise you that I made final distribution in the above case and have the following funds remaining on account with Bank of America:

| Name | Claim No. | Amount |
|---|---|---|
| Estref Starova<br>14 Tamarack Street<br>W. Hazleton, PA 18201 | 14 | $483.54 |
| John Labuda<br>229 West Maple Street<br>Hazleton, PA 18201 | 38 | $528.90 |
| David C. Trela<br>38 East Bridge Street<br>McAdoo, PA 18237 | 40 | $483.54 |
| Robert A. Robinson<br>64 South Hunter Hwy<br>Drums, PA 18222 | 41 | $483.54 |
| Ronald Evancho<br>558 Church Street<br>Hazleton, PA 18201 | 46 | $523.15 |

*Local Attorneys Who Know Carbon County*

PAGE TWO
Clerk's Office
January 13, 2010

| | | |
|---|---|---|
| Edmund J. Orofski<br>14 RR. Coal Street<br>Nanticoke, PA 18634 | 48 | $483.54 |
| Berry Grevera<br>270 West Main Street<br>Nanticoke, PA 18634 | 57 | $471.25 |
| John J. Litchock<br>635 ½ Carson Street<br>Hazleton, PA 18201 | 74 | $541.58 |
| Rustem Guri<br>119 North Laurel Street<br>Hazleton, PA 18201 | 77 | $483.54 |
| Ralph Lynn<br>476 East Main Street, Apt. 1<br>Catawissa, PA 17820 | 78 | $488.82 |
| Robert Skordensky<br>212 East Main Street<br>Glen Lyon, PA 18617 | 92 | $488.82 |
| Kate Jasniecki<br>234 Prospect Road<br>Sugarloaf, PA 18249 | 101 | $973.03 |
| Marcello Posada<br>109 South Cedar Street<br>Hazleton, PA 18201 | 105 | $492.33 |
| Hugh Taylor<br>14 W. Kirmar Avenue<br>Alden, PA 18634 | 111 | $483.54 |
| Richard Peters<br>208 Washington Street<br>Freeland, PA 18224 | 117 | $801.59 |

| Name/Address | | |
|---|---|---|
| Barry Grevera<br>270 West Main Street<br>Nanticoke, PA 18634 | 145 | $512.83 |
| Rustem Guri<br>119 North Laurel Street<br>Hazleton, PA 18201 | 148 | $792.68 |
| Hugh Taylor<br>14 W Kirmar Avenue<br>Alden, PA 18364 | 238 | $288.25 |
| Internal Revenue Service<br>P.O. Box 628<br>Pittsburgh, PA 15222 | 154 | $185.62 |
| Azco Steel Company<br>100 Midland Avenue<br>Saddle Brook NJ 07663 | 9 | $1,270.75 |
| Park Ohio Structural Hardware, LLC<br>St. Louis Screw & Bolt<br>6900 N. Broadway<br>Saint Louis, MO 63147 | 129 | $280.35 |
| The Cat Rental Store<br>Nathan & Nathan PC<br>P.O. Box 1715<br>Birmingham, AL 35201 | 169 | $763.79 |
| Innovative Site Solutions<br>1130 East Clark Avenue<br>Suite 150-102<br>Santa Maria, CA 93455 | 189 | $19,514.05 |
| Freeman Companies<br>1421 W Mockingbird Lane<br>Dallas, TX 75247 | 197 | $9.26 |

PAGE FOUR
Clerk's Office
January 13, 2010

K&H Packaging Supplies           207                    $113.70
RR 3, Box 3302
Wapwallopen, PA 18660

Accordingly, enclosed please find Check No. 402 in the amount of $31,941.99, representing the unclaimed funds in this case that I wish to turnover to the Bankruptcy Court.

Thank you for your consideration of this matter.

Very sincerely yours,

WILLIAM G. SCHWAB & ASSOCIATES:

*William G. Schwab*

Enclosure

WGS/era

1-13-10.era.Old Summit-8499-1.29